**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-20045-SCOLA**

**UNITED STATES OF AMERICA**

**v.**

**BILLY ELVE,**

       **Defendant.**

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER is before the Court upon motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture ("Motion") against Defendant Billy Elve (the "Defendant"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

On January 21, 2021, the United States filed an Information charging the Defendant in Count 1 with use of unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2), among other counts. Information, ECF No. 12. The Information also contained forfeiture allegations, which alleged that upon conviction of a violation of 18 U.S.C. § 1029, the Defendant shall forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense pursuant to 18 U.S.C. § 982(a)(2)(B). *See id.* at 2.

On April 28, 2021, the Court accepted the Defendant's guilty plea to Count 1 of the Information. *See* Minute Entry, ECF No. 21; Plea Agreement ¶ 2, ECF No. 19. As part of the guilty plea, the Defendant agreed to the entry of forfeiture money judgment in the amount of $137,499.00 against him. Plea Agreement ¶ 10, ECF No. 19.

In support of the guilty plea, the Defendant executed a Factual Proffer, and the Court found

that there was a factual basis to support the Defendant's conviction.  *See* Factual Proffer, ECF No. 20.  The Factual Proffer also provided a basis for the forfeiture of property.  *See id.* at ¶ 2.

According to the Defendant's Factual Proffer, on August 7, 2020, the Defendant was driving a stolen vehicle when local law enforcement stopped and arrested him.  Factual Proffer at ¶ 1, ECF No. 20.  At the time of his arrest, the Defendant was carrying nine Bank of America ("BOA") Economic Development Department ("EDD") Visa debit cards issued to other persons. *Id.*

BOA bank records and surveillance video show that the Defendant conducted multiple debit card transactions using these BOA EDD Visa debit cards issued to other persons.  *Id.* at ¶ 2. These nine BOA EDD Visa debit cards received deposits from the California EDD totaling $137,449.00.  *Id.*

Based on the record in this case, the total value of the proceeds traceable to the offense of conviction is $137,449.00, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1.      Pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $137,449.00 is hereby entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

3.      The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend

this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

       **DONE AND ORDERED** in Miami, Florida, on May 24, 2021.

 

_____

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE